HSP 

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDDY PINEDA<br><br>Plaintiff<br><br>v.<br><br>RICHARD E. CHROMIAK,<br>WOLFE TRUCKING, and<br>RITE-WAY ENTERPRISES,<br><br>Defendants. | CIVIL ACTION<br>NO. 17-5833<br><br>FILED<br>JUL 27 2018<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |

## ORDER

AND NOW, this 27th day of July, 2018, upon consideration of Defendant, Rite-Way Enterprise, Inc.'s 12(b)(2) Motion to Dismiss (Dkt. No. 16) and Defendant, Rite-Way Enterprise, Inc.'s Brief in Support of its Rule 12(b)(2) Motion to Dismiss (Dkt. No. 16-9); Plaintiff, Eddy Pineda's Response to Defendant, Rite-Way Enterprise Inc.'s 12(b)(2) Motion to Dismiss (Dkt. No. 17); and Defendant, Rite-Way Enterprise, Inc's Reply to Plaintiff's Brief in Opposition to Defendant's Rule 12(b)(2) Motion to Dismiss (Dkt. 32), and for the reasons set forth in the foregoing memorandum opinion,

**IT IS ORDERED** that the motion to dismiss (Dkt. No. 16) is **GRANTED**. Defendant, Rite-Way Enterprises, Inc. is **DISMISSED**.

BY THE COURT:

_____
HENRY S. PERKIN
United States Magistrate Judge

7-27-18 e-m culi.